# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

PATRICIA GRUBBS,
    Plaintiff,

vs.

Case No.1:12cv35

**Dlott, J.; Bowman, M.J.**

RELIANCE STANDARD LIFE
INSURANCE COMPANY
    Defendant.

# ORDER TO SET BRIEFING SCHEDULE[1]

    The parties are ORDERED to confer and jointly file on or before **APRIL 23, 2012**, a briefing schedule in the above captioned ERISA matter. This schedule shall include:

1. Date by which Defendant will file Indexed
   Administrative Record: _____

2. Date by which Cross Motions for Summary Judgement
   should be filed: _____

3. Date by which Responses to cross motions are to be filed: _____

4. Date by which parties will file replies to the responses _____


    */s/ Stephanie K. Bowman*
    United States Magistrate Judge

---

[1] This is the Court's standard short-form ERISA order. If this case requires a full calendar please utilize the Rule 26(f) form from the Court's website.