UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Patricia Grubbs,
    Plaintiff

    vs.                      Case No.1:12cv35
                                    Dlott, J.; Bowman, M.J.

Reliance Standard Life Insurance Company,

    Defendant

## CALENDAR ORDER

This ERISA case shall proceed as follows:

    1.    Date by which Defendant will file indexed Administrative Record: <u>May 25, 2012</u>

    2.    Cross motions for summary judgment        <u>July 23, 2012</u>

    3.    Telephone status conference:        <u>August 1, 2012 @ 10:00 a.m.</u>

    4.    Responses to the cross motions:        <u>August 22, 2012</u>

                /s/ *Stephanie K. Bowman*
                United States Magistrate Judge