IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Patricia Grubbs,                                              :
                                                             :
            Plaintiff(s),                                    :
                                                             :    Case Number: 1:12cv35
      vs.                                                    :
                                                             :    Chief Judge Susan J. Dlott
Reliance Standard Life Insurance Company,                    :
                                                             :
            Defendant(s).                                    :

ORDER

The Court having been advised by counsel for the parties that the above matter has been

settled, IT IS ORDERED that this action (including all claims by all parties) is hereby

DISMISSED WITH PREJUDICE, provided that any of the parties may, upon good cause shown

not later than October 22, 2012, reopen the action if settlement is not consummated. The parties

may substitute a judgment entry contemplated by the settlement agreement upon approval of the

Court. Parties intending to preserve this Court's jurisdiction to enforce a settlement should be

aware of *Kokkonen v Guardian Life Ins. Co. Of America*, 511 U.S. 375, 381-82 (1994), and

incorporate appropriate language in any substituted judgment entry.

This Court explicitly retains jurisdiction to enforce the settlement agreement reached by

the parties.

Each party shall bear its own costs.

IT IS SO ORDERED.

                                              ___s/Susan J. Dlott_____
                                              Susan J. Dlott
                                              Chief United States District Court Judge